IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR164-7 |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO MORALES, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against the defendant, Pedro Morales, providing that he shall take nothing and his § 2255 motion is dismissed with prejudice.

    DATED this 26th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge