IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR164-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PEDRO MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

    I am in receipt of a report from the Probation Office indicating that the defendant is not eligible for a sentence reduction under Amendment 782 because of the statutory minimum. Counsel have been notified of the Probation Office's determination.

    IT IS ORDERED that a sentence reduction under Amendment 782 (filing 398) is denied.

    Dated July 1, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge